Marisela Trejo
Docket No. EP:19-CR-3331PRM(2)
Petition for Warrant or Summons for Offender Under Supervision
Page 2

**Nature of Noncompliance:** Trejo commenced her term of supervised release on July 1, 2020, since the she has failed to obtain employment. It is noted, the probation officer referred Trejo to the Texas Workforce Commission (TXWC) on July 31, 2020 and December 9, 2020 for job search assistance. However, according to TXWC staff, Trejo failed to follow-up with employment referrals.

## U.S. Probation Officer Recommendation:

The term of supervision should be

    [X] revoked.

    [ ] extended for _____ years, for a total term of _____ years.

    [ ] modified as follows:

Respectfully submitted,

*Ana Laura Guerrero*

Ana Laura Guerrero
U.S. Probation Officer
Office (915) 585-6585
Cellular (915) 204-4773
Date: January 13, 2021

Approved by,

*Otis L. Martin*

Otis L. Martin
Supervising U.S. Probation Officer
Office (915) 585-6563
Cellular (915) 861-8288

---

## THE COURT ORDERS:

[ ]    No action.

[X]    The issuance of a warrant.

[ ]    The issuance of a summons.

[ ]    Other

*Philip R. Martinez*, U.S. District Judge

01/15/2021
Date

Marisela Trejo
Docket No. EP:19-CR-3331PRM(2)
Petition for Warrant or Summons for Offender Under Supervision
Page 2

> **Nature of Noncompliance:** A Supervised Release File (SRF) records inquiry reflected that on December 20, 2020, Trejo had contact with New Mexico State Police at 6:45 pm. On December 31, 2020, Trejo had contact with Colorado State Patrol Denver at 12:34 am. The officer has attempted to contact her leaving several voice messages and texts instructing Trejo to immediately report to the probation officer, but Trejo did not respond to officer's messages. As such, Trejo has failed to notify the probation officer of her contact with law enforcement within the 72-hour time frame.

**Violation Number 3:** The defendant must participate in a substance abuse treatment program and follow the rules and regulations of that program. The program may include testing and examination during and after program completion to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). During treatment, the defendant must abstain from the use of alcohol and any and all intoxicants. The defendant must pay the costs of such treatment if financially able.

> **Nature of Noncompliance:** On October 1, 2020, the offender was referred to Professional Counseling and Recovery Services (PCRS) for substance abuse treatment. PCRS counselors indicate that on December 7, 2020, January 7, 2020 and January 9, 2020, Trejo failed to participate in scheduled telemedicine substance abuse treatment sessions with PCRS. As such, Trejo has failed to report or participate in substance abuse treatment sessions as instructed.

**Violation Number 4:** The defendant shall participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, shall supervise participation in the program (provider, location, modality, duration, intensity, etc.). The defendant must pay the costs of such treatment if financially able.

> **Nature of Noncompliance:** On October 1, 2020, the offender was referred to Professional Counseling and Recovery Services (PCRS) for mental health treatment. (PCRS) counselors indicate that on December 7, 2020, January 7, 2020 and January 9, 2020, Trejo failed to participate in scheduled telemedicine mental health treatment sessions with PCRS. As such, Trejo has failed to report or participate in mental health treatment sessions as instructed.

**Violation Number 5:** The defendant shall work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses the defendant from doing so. If the defendant does not have full-time employment, he or she shall try to find full-time employment, unless the probation officer excuses the defendant from doing so. If the defendant plans to change where the defendant works or anything about his or her work (such as the position or job responsibilities), the defendant shall notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, the defendant shall notify the probation officer within 72 hours of becoming aware of a change or expected change.

Prob 12C (7/93)

# UNITED STATES DISTRICT COURT
for
### WESTERN DISTRICT OF TEXAS

FILED
2021 JAN 15 PM 3: 23
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Marisela Trejo

**Case Number:** EP:19-CR-3331PRM(2)

**Name of Sentencing Judicial Officer:** Philip R. Martinez, U.S. District Judge

**Date of Original Sentence:** January 8, 2020

**Original Offense:** Ct. 1: Conspiracy to Transport Non-Citizens, 8 USC §§1324(a)(l)(A)(v)(l) and 1324(a)(l)(A)(ii), and 8 USC 1324(a)(l)(B)(i)

**Original Sentence:** Six (6) months custody, followed by three (3) year term of supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** June 26, 2020

**Assistant U.S. Attorney:** Herbert Bunton          **Defense Attorney:** Robert Nunez

### PETITIONING THE COURT

[X]  To issue a warrant

[ ]  To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number 1:** The defendant shall not knowingly leave the federal judicial district where he or she is authorized to reside without first getting permission from the court or the probation officer.

> **Nature of Noncompliance:** A Supervised Release File (SRF) records inquiry reflected that on December 20, 2020, Trejo had contact with New Mexico State Police at 6:45 pm. On December 31, 2020, Trejo had contact with Colorado State Patrol Denver at 12:34 am. The officer has attempted to contact her leaving several voice messages and texts instructing Trejo to immediately report to the probation officer, but Trejo did not respond to officer's messages. As such, the above-reflected SRF information reflects the offender had left the judicial district without the permission of the court or probation officer.

**Violation Number 2:** If the defendant is arrested or questioned by a law enforcement officer, the defendant shall notify the probation officer within 72 hours.