AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

## WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.

**MARISELA TREJO**

**WARRANT FOR ARREST**

CASE NUMBER: EP-19-CR-03331PRM(2)

Colorado Case No. 23-mj-00096-KLM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**Marisela Trejo**_____
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Violation Notice   [X] TSR Violation Petition
charging him/her with

### VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

in violation of Title ___18___ United States Code, Section(s) __3583__

| Jeannette J. Clack | Clerk, U.S. District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | January 15, 2021 |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ to be determined | by Jeannette J. Clack |
|  | Name of Judicial Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | Executed by USMS On May 23, 2023 In Denver, Colorado | |