IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-mj-00096-KLM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MARISELA TREJO,

       Defendant.

---

## NOTICE OF APPEARANCE
---

       The Office of the Federal Public Defender, through Assistant Federal Public Defender Kristin Whitaker, enters its appearance on behalf of the Defendant, Marisela Trejo.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender

       */s/ Kristin Whitaker*
       KRISTIN WHITAKER
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, Colorado 80202
       Telephone: (303) 294-7002
       FAX: (303) 294-1192
       Email: Kristin_Whitaker@fd.org
       Attorney for Defendant

**CERTIFICATE OF SERVICE**

  I certify that on May 26, 2023, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

  Bryan Fields, Assistant U.S. Attorney
  Email: bryan.fields3@usdoj.gov

and I will serve the document or paper to the following non-CM/ECF participant in the manner indicated:

  Marisela Trejo (*held on file*)

            */s/ Kristin Whitaker*
            KRISTIN WHITAKER
            Assistant Federal Public Defender