Ms. Trejo and her Family





## Dear judge

Hello my name is Derek Rios Marisela's oldest son, when my mom moved from Texas to Colorado to be with me and my brothers and since she moved she doesn't drink alcohol. And she just had a baby my little brother, she takes care of him.

And she just started to do hair extensions 1 or 2 times a month and with that she helps me with rent. And If anyone of my family needs any help with something she's always willing to help anyone.

May 27, 2023, 10:33 pm

Dear Judge,

My name is Jose Luis Lopez Escobar, and Marisela Trejo is my dear wife, and the mother of my son. We met each other years years ago at a shopping mall.

On April 25, 2021, this beautiful woman changed my life; she gave me the gift I always asked God to grant me: my 10-mont-ol baby, Michael Joseph Lopez, Jr. She is the most wonderful, responsible mother with her son. Marisela Trejo is a lovely person and always helps others.

I ask you to please have mercy[1] on my wife, our family, and our baby. She is the one person that has always supported me. When I go to work, my wife is the only person that I trust to care for my baby. I know that her siblings are lovely people, and they would care for him, but it makes me sad knowing that my son is not with his mother.

I, Jose Luis Lopez Escobar, ask you dear Judge, to please [understand that] Marisela Trejo needs to be out, because I, Jose Luis Lopez and Marisela Trejo are in a common-law marriage, we are not legally married, and I am afraid of being deported, and that my baby will end up alone. I mean, my Immigration status is not great.

May God Bless You, dear Judge. With humility and respectfully, thank you very much. Your honor, I hope that you consider my words when you come to a decision in my wife's case. Thank you.

---

[1] The writer wrote "Comprensión" (Understand) instead of "Compasión" (to have mercy).

Translator note: For clarity purposes, no emphasis has been made on grammar and punctuation errors.


Translated by Monica Licea-Castro, Federally Certified Court Interpreter, staff interpreter for the Federal Public Defender of Colorado and Wyoming, on May 30, 2023.

27 de mayo de 2023. 10:55 p.m

Estimado juez mi nombre es Jose Luis Lopez Escobar y Marisela Trejo es mi amada esposa, madre de mi hijo nos conocimos hace dos años en un centro comercial ese día 25 de abril de 2021, esta hermosa mujer me comvirtio en un papa me dio el regalo que yo siempre esperaba Dios es mi bebe de 10 meses Michael Joseph Lopez Jr. es un niño muy maravilloso responsable con mi hijo Marisela tienes un amor de persona y siempre ayuda a las personas y le pido por favor que tenga compresión de mi esposa y de nuestro familia y de nuestro bebe ella es la persona que siempre me apoyado y cuando yo me voy a trabajar mi esposa es la unica que le tengo confianza con mi bebé yo se que sus hermanos son un amor de persona y me lo cuida, pero me voy triste sabiendo que mi bebe no esta con su madre, yo Jose Luis Lopez Escobar le pido por favor estimado juez que Marisela Trejo necesito este afuera porque yo Jose Luis Lopez yo estoy casado con Marisela Trejo pero no por la corte, tengo miedo a que me vuonda contra mi mi bebe se puede solo mi estamos migrantes pues no esta muy bien y que Dios me lo bendiga estimado juez con muchísimo respeto muchas gracias Su señoria espero que tenga en cuenta mis palabras mientras se determina el caso de mi esposa gracias