IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:23-mj-00096-klm

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**MARISELA TREJO**

       Defendant.

___

**NOTICE OF ORDER FROM WESTERN DISTRICT OF TEXAS**
___

The underlying prosecution in this matter is pending in the El Paso Division of the Western District of Texas, docketed at *United States v. Rubio et al.,* 3:19-cr-03331-KC. The United States hereby provides notice of the attached order from the District Judge presiding over that matter (the Texas Order), entered June 2, 2023.

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

1

The Texas Order stays the oral order entered in this matter on May 31, 2023 releasing the defendant on bond. It further grants the United States's request for a *de novo* hearing at a later date and orders that the defendant be detained pending that *de novo* hearing.

Respectfully submitted,

COLE FINEGAN
United States Attorney

 /s/ Bryan Fields
Bryan D. Fields
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: bryan.fields3@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 26, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to any and all counsel of record.

               *s/ Bryan David Fields*

               United States Attorney's Office