United States District Court
Western District of Texas
El Paso Division

United States of America,
    Plaintiff,

v.                                              CAUSE NO. 3:19-CR-3331-KC

Marisela Trejo,
    Defendant.

## ORDER

On this date, came on to be considered the Government's Motion to Stay the Order Setting Bond, Motion for *De Novo* Detention Hearing, and Motion for Review of Magistrate Judge's Bond Decision. Having considered the Motion, the Court is of the opinion that the Motions are meritorious and should be granted.

IT IS THEREFORE ORDERED that the Order Setting Bond is stayed.

IT IS FURTHER ORDERED that the Motion for a *de nova* Detention Hearing is granted and will be set on a later date pending the filing of the transcript of the Detention Hearing conducted on May 31, 2023 and that Defendant be detained pending the *de nova* Detention Hearing.

SIGNED this 2nd day of June, 2023.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE